UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TSP MAINTENANCE SUPPLY, LLC, and SPINE-ETICS CHIROPRACTIC WELLNESS SERVICE, P.C. on behalf of themselves and all other individuals and companies similarly situated,<br><br>                         Plaintiffs,<br>v.<br><br>NATIONAL FUNDING, INC., a California corporation; JOHN DOES 1-20; and ABC CORPS. 1-20,<br><br>                         Defendants. | Civil Action No. 14-3355 (CCC)<br><br><u>AMENDED ORDER</u> |

**IT IS** on this 3rd day of December 2014,

**ORDERED THAT**:

1. The parties may serve interrogatories limited to twenty-five (25) single questions and requests for production of documents on or before **November 26, 2014**, to be responded to **within thirty (30) days of receipt**.

2. There shall be a maximum of ten (10) depositions taken by each party.

3. All class discovery shall be complete by **April 1, 2015**.

4. Any motions to add amend pleadings or add parties shall be filed by **December 23, 2014**. Prior to filing any motion, counsel should circulate a proposed pleading and determine whether there is any objection to its filing. If there are no objections, amended pleadings may be filed by stipulation. *See* Fed. R. Civ. P. 15(a)(2).

5. Any motion for class certification shall be filed by **May 22, 2015**.

6.     All affirmative expert reports shall be delivered by **July 31, 2015**, with depositions of those experts to be taken and completed **within thirty (30) days of receipt of report**.  See Fed. R. Civ. P. 26(b) (4) (A).  Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B).

7.     All responding expert reports shall be delivered by **August 28, 2015**, with depositions of those experts to be taken and completed **within thirty (30) days of receipt of report**.  Any such report shall be in the form and content as described above.

8.     The Undersigned strictly adheres to Local Civil Rule 37.1.  Therefore, if any discovery disputes arise, counsel are to meet-and-confer *in good faith*, before raising the dispute with the Court.  See L. Civ. R. 37.1.  No discovery motions may be filed without leave of court.

9.     Deadlines for the filing of dispositive motions and for merits-related expert discovery will be set later in the case. No dispositive motions are to be filed without prior permission from this Court.  Dispositive motions may be subject to a dispositive motion pre-hearing.  All calendar or dispositive motions, if permitted, shall comply with L. Civ. R. 7.1, including all applicable page and font limitations.

10.     A final pretrial conference shall be conducted pursuant to Federal Rule 16(d) at a time and date to be assigned.

11.     The Court may from time to time schedule conferences as may be required, either *sua sponte* or at the request of a party.

12.     Counsel should be prepared to discuss settlement at every conference with the Court.  The senior attorney in charge of the case must attend all settlement conferences.  In cases involving insurance companies and other corporate or business entities, it is expected that the executive who will make the final decision on the settlement will be the person available for the conference.

       s/Mark Falk
       **MARK FALK**
       **United States Magistrate Judge**