IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TSP MAINTENANCE SUPPLY, LLC, AND SPINE-ETICS CHIROPRACTIC WELLNESS SERVICES, P.C., on behalf of themselves and all other individuals and companies similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL FUNDING, INC., A CALIFORNIA CORPORATION; JOHN DOES 1 20; AND ABC CORPS. 1-20,<br><br>        Defendants. | NO. 2:14-cv-03355 (CCC)(MF)<br><br>[PROPOSED]<br>**SCHEDULING ORDER** |

The Court having requested that the Parties submit a proposed scheduling order, and the Parties having conferred, and for good cause shown:

**IT IS** on this **21** day of June 2017

**ORDERED THAT:**

1. Any motions to amend pleadings or add parties shall be filed by **September 29, 2017**. Prior to filing any motion, counsel should circulate a proposed pleading and determine whether there is any objection to its filing. If there are no objections, amended pleadings may be filed by stipulation. *See* Fed. R. Civ. P. 15(a)(2).

2. All class discovery shall be complete by **November 15, 2017**.

3. Any motion for class certification shall be filed by **December 15, 2017**, with any opposition to that motion filed by **January 15, 2018**, and any reply filed by **January 29, 2018**.

4. All affirmative expert reports (including expert reports in support of affirmative defenses) shall be delivered by **January 31, 2018**, with the depositions of those experts to be completed **within thirty (30) days of the receipt of the report(s)**. *See* Fed. R. Civ. P. 26(b) (4) (A). Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B).

5.  All responding expert reports shall be delivered by **February 28, 2018**, with depositions of those experts to be taken and completed **within thirty (30) days of receipt of report**. Any such report shall be in the form and content as described above.

6.  The Undersigned strictly adheres to Local Civil Rule 37.1. Therefore, if any discovery disputes arise, counsel are to meet-and-confer *in good faith*, before raising the dispute with the Court. See L. Civ. R. 37.1. No discovery motions may be filed without leave of court.

7.  Deadlines for the filing of dispositive motions and for merits-related expert discovery will be set later in the case. No dispositive motions are to be filed without prior permission from this Court. Dispositive motions may be subject to a dispositive motion pre-hearing. All calendar or dispositive motions, if permitted, shall comply with L. Civ. R. 7.1, including all applicable page and font limitations.

8.  A final pretrial conference shall be conducted pursuant to Federal Rule 16(d) at a time and date to be assigned.

_____
HON. MARK FALK, U.S.M.J.