Case 2:14-cv-03355-CCC-MF Document 69-1 Filed 05/03/18 Page 1 of 3 PageID: 871

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TSP MAINTENANCE SUPPLY, LLC, AND SPINE-ETICS CHIROPRACTIC WELLNESS SERVICES, P.C., on behalf of themselves and all other individuals and companies similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FUNDING, INC., A CALIFORNIA CORPORATION; JOHN DOES 1 20; AND ABC CORPS. 1-20,<br><br>Defendants. | NO. 2:14-cv-03355 (CCC)(MF)<br><br>[~~PROPOSED~~] REVISED SCHEDULING ORDER |

The Court having requested that the Parties submit a proposed scheduling order, and the Parties having conferred, and for good cause shown:

IT IS on this 21 day of ~~March~~ MAY 2018 ORDERED THAT:

1. All class discovery from National Funding shall be complete by **August 17, 2018**.

2. Any motion for class certification shall be filed by **September 14, 2018**, with any opposition to that motion filed by **October 12, 2018**, and any reply filed by **October 26, 2018**.

1

3. All class expert reports shall be delivered by **September 14, 2018**, with the depositions of those experts to be completed **within thirty (30) days of the receipt of the report(s)**. See Fed. R. Civ. P. 26(b)(4)(A). Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

4. If class certification is granted, a schedule setting forth the parameters of discovery from class members and experts to support any affirmative defenses shall be determined at that time.

5. The parties will participate in settlement negotiations before the Honorable Dennis Cavanaugh between June 15, 2018 and September 1, 2018 as his availability during that time period permits.

6. The Undersigned strictly adheres to Local Civil Rule 37.1. Therefore, if any discovery disputes arise, counsel are to meet-and-confer *in good faith*, before raising the dispute with the Court. See L. Civ. R. 37.1. No discovery motions may be filed without leave of court.

7. Deadlines for the filing of dispositive motions and for merits-related expert discovery will be set later in the case. No dispositive motions are to be filed without prior permission from this Court. Dispositive motions may be subject to a dispositive motion pre-hearing. All calendar or dispositive

motions, if permitted, shall comply with L. Civ. R. 7.1, including all applicable page and font limitations.

8. A final pretrial conference shall be conducted pursuant to Federal Rule 16(d) at a time and date to be assigned.

CONSENTED AS TO FORM AND ENTRY:

| MAZIE SLATER KATZ & FREEMAN, LLC | STEWART BERNSTIEL REBAR & SMITH |
|---|---|
| By: /s/ Matthew R. Mendelsohn<br>Matthew R. Mendelsohn<br>Email: mmendelsohn@mskf.net<br>103 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>Telephone: (973) 228-9898<br><br>*Attorneys for Plaintiffs*<br><br>Dated: May 3, 2018 | By: /s/ George McClellan, Jr.<br>George W. McClellan, Jr.<br>Email: gmcclellan@sbrslaw.com<br>100 Overlook Center, Second Floor<br>Princeton, New Jersey 08540<br>Telephone: (609) 375-2070<br><br>*Attorneys for Defendant*<br><br>Dated: May 3, 2018 |

**IT IS SO ORDERED.**

Dated: MAY 21, 2018

Hon. Mark Falk, U.S.M.J.