**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TSP MAINTENANCE SUPPLY, LLC, et al., | **Civil Action No. 14--3355 (CCC)** |
| **Plaintiffs,** | |
| v. | |
| NATIONAL FUNDING, et al., | |
| **Defendants.** | |

**IT IS on this 21st day of May, 2019**

**ORDERED** that there shall be an in-person conference before the Undersigned on **June 14, 2019** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Courtroom 9, Newark, New Jersey. **In addition to and wholly separate from lead counsel, individual clients are required to attend the conference in person and be present and available all day**.

　　　　　　　　　　　　　　　　　　/s/ Mark Falk
　　　　　　　　　　　　　　　　　　**MARK FALK**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**